UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ALEXANDRA HOBBS, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

BG GALLERY, LLC,

        Defendant.

------------------------------------- x

No.: 1:22-cv-7431

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), ALEXANDRA HOBBS, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BG GALLERY, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       February 13, 2023

                                                  GOTTLIEB & ASSOCIATES

                                                  _/s/Michael A. LaBollita, Esq._

                                                  Michael A. LaBollita, Esq., (ML-9985)
                                                  150 East 18th Street, Suite PHR
                                                  New York, NY 10003
                                                  Phone: (212) 228-9795
                                                  Fax: (212) 982-6284
                                                  Michael@Gottlieb.legal

                                                  _Attorneys for Plaintiffs_

SO ORDERED:
_____
United States District Court Judge
February 14, 2023